**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6018**

---

JOHN J. INGRAO,

                        Plaintiff - Appellant,

     versus

STEPHEN M. DEWALT,

                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-97-1917-AM)

---

Submitted: September 29, 1998     Decided: October 14, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John J. Ingrao, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John J. Ingrao appeals from a district court order denying relief on his petition filed under 28 U.S.C. § 2241 (1994). In light of our recent decision in Pelissero v. Thompson, ___ F.3d ___, 1998 WL 559663 (4th Cir. Sept. 3, 1998) (Nos. 97-6156, 97-6221), we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED